# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAN MELVIN GALINDO GOMEZ, )<br>a/k/a ADAN GALINDO )<br>        Plaintiff, )<br>    v. )<br> )<br> )<br>U.S. Citizenship and Immigration Services, )<br> )<br> )<br>        Defendant. ) | Case No. 19-cv-3456 ABJ |

## NOTICE OF FILING CERTIFIED INDEX TO ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n)(1), Defendant hereby gives notice of the filing of the attached certified index to the administrative record for this matter simultaneously with the filing of their dispositive motion to dismiss Plaintiff's complaint.

Dated: March 11, 2020              Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

T. MONIQUE PEOPLES
Senior Litigation Counsel

/S/ *William C. Bateman III*
WILLIAM C. BATEMAN III
Trial Attorney, Department of Justice
Office of Immigration Litigation –
District Court Section
Tennessee Bar # - 034139
P.O. Box 868, Ben Franklin Station
Washington, D.C., 20044
(202) 532-4067
william.c.bateman@usdoj.gov

*Counsel for Defendant*

Department of Homeland Security
U.S. Citizenship and Immigration Services

G-24, Certification of Documents

# United States of America

Department of Homeland Security
U.S. Citizenship and Immigration Services

03/05/2020
Date *(mm/dd/yyyy)*

## Certification of Documents
(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act, and Title IV, Subtitle E, Sec. 451 and Sec. 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Services, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: ADAN MELVIN GALINDO GODINEZ

Also known as (aka):   N/A

File and/or Certificate Number:  A071-644-634 (Certified copy of redacted digitized A-File.)

(Signature of Authorized Person)

WILL ENIS, SECTION CHIEF
(Print-Name and Title of Authorized Person)

DALLAS DISTRICT FIELD OFFICE
(Office of Authorized Person)

Form G-24 (Rev. 03/31/06) Y

# INDEX TO ADMINISTRATIVE RECORD

Galindo Gomez v. USCIS
United States District Court for the District of Columbia
Civil Action No. 19-3456

| # | DATE | TITLE/SUBJECT | PAGE |
|---|---|---|---|
| 1 | 06/08/2016 | I-512L Authorization for Parole | 2 |
| 2 | 09/09/2016 | I-94A Departure record | 4 |
| 3 | 03/07/2015 | I-821 Application for Temporary Protected Status | 7-19 |
| 4 | 07/29/2013 | I-821 Application for Temporary Protected Status | 22-29 |
| 5 | 03/21/2014 | I-765 Application for Employment Authorization | 36 |
| 6 | 08/24/2006 | I-821 Application for Temporary Protected Status | 48-55 |
| 7 | 12/22/2008 | I-821 Application for Temporary Protected Status | 58-65 |
| 8 | 01/28/2011 | I-765 Application for Employment Authorization | 73 |
| 9 | 02/23/2005 | I-821 Application for Temporary Protected Status | 115-127 |
| 10 | 09/10/2003 | I-821 Application for Temporary Protected Status | 130-136 |
| 11 | 03/29/2001 | I-821 Application for Temporary Protected Status | 140-162 |
| 12 | 01/30/1995 | Warrant of Deportation | 163-164 |
| 13 | 06/07/1994 | Grant of Voluntary Departure from Immigration Judge | 165-166 |
| 14 | 04/12/1994 | Decision of the Board of Immigration Appeals | 167-170 |
| 15 | 11/26/1991 | Order of Deportation from Immigration Judge | 172 |
| 16 | 04/28/1992 | Warrant of Deportation | 173-177 |
| 17 | 03/02/1992 | Respondent's brief to the Board of Immigration Appeals | 178-192 |
| 18 | 08/27/1991 | Transcript of Deportation hearing | 194-232 |
| 19 | 11/26/1991 | Oral decision of the Immigration Judge | 233-237 |
| 20 | 12/9/1991 | Notice of appeal to the Board of Immigration Appeals | 246-248 |
| 21 | 09/23/1991 | I-589 Request for Asylum | 249-260 |
| 22 | 07/04/1991 | Order to Show Cause for Deportation Proceedings | 261-267 |
| 23 | 10/04/2007 | I-821 Application for Temporary Protected Status | 269-275 |
| 24 | 09/06/2002 | I-821 Application for Temporary Protected Status | 310-318 |
| 25 | 01/30/1995 | I-166 Notice to report for deportation | 334-336 |
| 26 | 07/05/1991 | Immigration Bond paperwork | 350-359 |
| | | Pagination resets | |
| 27 | 07/08/2019 | Waiver of attorney's presence at interview | 1 |
| 28 | 07/08/2019 | Documents supporting Adjustment of Status | 2-19 |
| 29 | 06/28/2019 | I-693 Report of Medical Exam and Vaccination Record | 20-34 |
| 30 | 05/02/2018 | G-28 Notice of Entry of Appearance as Attorney | 35-42 |
| 31 | 07/11/2019 | USCIS decision on I-485 application | 43-52 |
| 32 | 06/28/2019 | I-485 Application and supporting documents | 53-127 |
| 33 | 06/28/2019 | I-130 Petition for Alien Relative and supporting documents | 128-214 |