# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADAN MELVIN GALINDO GOMEZ, a/k/a ADAN GALINDO | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 19-3456 (ABJ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) |  |
| Defendant. | ) ) |  |

## ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

Defendant's motion to dismiss [Dkt. # 15] is **GRANTED**; plaintiff's motion for partial summary judgment [Dkt. # 13] and renewed motion for partial summary judgment [Dkt. # 19] are **DENIED**; and defendant's alternative motion to transfer [Dkt. # 15] is **DENIED AS MOOT**. This is a final appealable order.

**SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

DATE: November 13, 2020